UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALTON ANTRIM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

JARED HOY, in his official capacity as Secretary of the Wisconsin Department of Corrections,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-0396-bhl

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff recovers nothing, summary judgment is granted in favor of the defendant, and the case is dismissed.

Dated at Milwaukee, Wisconsin on March 11, 2025.

GINA M. COLLETTI
Clerk of Court

s/ *Julie D.*
(By) Deputy Clerk